IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERTO DEL SOL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-0816

FLA. DEPT. OF CORRECTIONS,

Respondent.

_____/

Opinion filed December 22, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Roberto Del Sol, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Erik D. Kverne, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, LEWIS, and KELSEY, JJ., CONCUR.